Joshua W. Denbeaux, Esq. (#013871996)
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ  07675
(201) 664-8855
(201) 666-8589 (Fax)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF NEW JERSEY

| | |
|---|---|
| GERARD AND PATRICIA GIORDANO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>OCWEN LOAN SERVICING, LLC, SAXON LOAN SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-6, PHELAN HALLINAN DIAMOND & JONES, PC, JOHN DOES I-X,<br><br>  Defendants. | Case No.: 2:17-cv-13461-JMV-MF<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Plaintiffs GERARD GIORDANO and PATRICIA GIORDANO (collectively, "Plaintiffs") hereby give notice of their voluntary dismissal *without prejudice* of all Defendants, Ocwen Loan Servicing, LLC, Saxon Mortgage Services, Inc., incorrectly sued as Saxon Loan Servicing, Inc., Deutsche Bank National Trust Company, as Trustee for Novastar Mortgage Funding Trust, Series 2006-6, Phelan Hallinan Diamond & Jones, PC, John Does I-X, (herein "Defendants"), pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure as Defendants have not filed an Answer or motion for summary judgment as of this time.

Dated: January 12, 2018            DENBEAUX & DENBEAUX

/s/ Joshua W. Denbeaux
Joshua W. Denbeaux, Esq.
Attorney for Gerard Giordano
and Patricia Giordano

So Ordered:

_____    1/12/18
Judge John Michael Vazquez, U.S.D.J.     Date

2