366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
PHONE: 201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com

**DENBEAUX & DENBEAUX**
ATTORNEYS AT LAW

Joshua W. Denbeaux
Abigail D. Kahl

Of Counsel
Mark P. Denbeaux*
*Admitted in NJ and NY

January 12, 2018

**Sent via ECF and NJLS**
Hon. John Michael Vazquez, USDJ
MLK Building & US Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   Giordano v. Ocwen, et als.
      Docket No. 17-13461-JMV-MF

Dear Judge Vazquez:

We represent the Plaintiffs in the above referenced litigation. his date, I submitted a Notice of Dismissal Without Prejudice.

The Court entered an Order which docket entry states that the case was voluntarily dismissed, but without any indication as to whether the dismissal was with or without prejudice.

I write to request that the Court correct the docket entry to indicate that the dismissal was without prejudice.

Plaintiffs are filing a motion to vacate final judgment in foreclosure. Upon success of that motion, Plaintiffs will refile their affirmative claim. As such, this dismissal was intended to be without prejudice.

Respectfully,

DENBEAUX & DENBEAUX

By: Joshua W. Denbeaux

JWD:ve

Cc:  Gerard Giordano (via email only)
     Jacqueline Aiello, Esq. (via ECF and email)
     Ken Goodkind, Esq. (via ECF and email)
     Nora Anne Valenza-Frost, Esq. (via ECF and email)